## THE STATE v. KOLL ET AL.

CRIMINAL LAW: INTOXICATING LIQUORS: NO APPEARANCE FOR APPELLANT: NO ERROR FOUND.

*Appeal from Webster District Court.*

WEDNESDAY, MARCH 9, 1887.

THE defendant was tried upon an indictment charging him with the crime of using a certain building for the purpose of keeping intoxicating liquors therein, with intent to sell the same in violation of law. A verdict of guilty was returned, and a judgment was rendered thereon. The defendant appeals.

No appearance for the appellant.

*A. J. Baker, Attorney-general,* for the State.

ADAMS, CH J.—The instructions are set out, but no part of the evidence. We have examined the instructions carefully, and the entire record, and find no error.

AFFIRMED.

## RYAN v. CAMPBELL ET AL.

1. CORPORATIONS: TRANSFER OF STOCK: ENTRY ON BOOKS: WHEN NECESSARY. (*Fort Madison Lumber Co. v. Batavian Bank et al., ante,* p. 270, followed.)

*Appeal from Jones District Court.*

SATURDAY, MARCH 12, 1887.

*J. W. Jamison, H. N. Ryan* and *B. H. Miller,* for appellant.

*Sheean & McCarn,* for appellees.

SEEVERS, J.—The facts in this case and the questions to be determined are precisely the same as in *Fort Madison Lumber Co. v. Batavian Bank, ante, p.* 270, and, following that case, the judgment of the district court in this case must be

REVERSED.